UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN DONALD KELSO, | ) CASE NO. CV 08-0937-MMM(PJW) |
|---|---|
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| RUTH DOE, et al., | ) |
| Defendants. | ) |

   Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED:   March 26, 2010.

                                          _____
                                          MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 08-00937-MMM JUDGMENT.wpd